■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTO RICHARDS, Appellant. [650 NYS2d 601] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 5, 1985 *(People v Richards,* 112 AD2d 957), affirming a judgment of the Supreme Court, Kings County, rendered January 4, 1983.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Rosenblatt and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PASQUALE RODRIGUEZ, Also Known as PASCUAL RODRIGUEZ, Appellant. [650 NYS2d 592] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 27, 1995 *(People v Rodriguez,* 213 AD2d 1088), affirming a sentence of the Supreme Court, Kings County, imposed November 6, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Rosenblatt, Miller, Copertino and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO RUSSELL, Appellant. [650 NYS2d 601] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered January 3, 1995, convicting him of criminal trespass in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We find no basis in the record to disturb the trial court's determination to seat a prospective juror after its finding that defense counsel's race-neutral explanation for challenging that juror was pretextual *(see, People v Payne,* 88 NY2d 172; *People v Allen,* 86 NY2d 101). Rosenblatt, J. P., O'Brien, Thompson and McGinity, JJ., concur.